FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00411-BNB

LAQUAN D. CARTER,

    Plaintiff,

v.

DAVID P. STEINKAMP, U.S.A., and
JOHN L. KAMMERZELL, U.S. Marshal,

    Defendants.

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, Laquan D. Carter, initiated this action by filing *pro se* a Prisoner Complaint. On March 2, 2011, the court entered an order directing Mr. Carter to cure a deficiency if he wished to pursue his claims in this action. More specifically, the court ordered Mr. Carter either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On March 16, 2011, Mr. Carter filed on the proper form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. However, Mr. Carter failed to sign the *in forma pauperis* motion. Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed" and "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11(a). Therefore, Mr. Carter will be ordered to file a signed motion seeking leave to proceed *in forma pauperis* if he wishes to proceed *in forma pauperis* in this action. Accordingly, it is

ORDERED that Mr. Carter cure the deficiency in this action by filing **within thirty (30) days from the date of this order** a signed and completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Carter fails to cure the deficiency within the time allowed, the complaint and the action will be dismissed without further notice.

DATED March 18, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00411-BNB

LaQuan D. Carter
Reg No. 14508-031
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 18, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk